UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBINSON,<br><br>             Plaintiff,<br><br>      v.<br><br>WADHAH YAHYA,<br><br>             Defendant. | No.  2:24-cv-01361-CSK<br><br>ORDER REFERRING THIS ACTION TO VDRP |

       On August 13, 2024, a status (pretrial scheduling) conference was held via video conference (Zoom). Attorney Richard Morin appeared on behalf of Plaintiff David Robinson, and attorney Richard Mac Bride appeared on behalf of Defendant Wadhah Yahya. At the status conference, the Court's Voluntary Dispute Resolution Program ("VDRP") was discussed based on the parties' request for an early referral to VDVRP for settlement. (ECF No. 14 at 4.) The parties stipulated to and agreed both in their joint status report and at the scheduling conference for an early referral to VDRP. *See id.*

       Accordingly, in the interest of avoiding the accumulation of fees and costs through potentially unnecessary discovery and motion practice, and to allow the parties additional time to pursue an early informal resolution of this matter with the assistance of a third party neutral, the court finds it appropriate to stay the action and refer it to VDRP.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The action is STAYED, and the action is REFERRED to VDRP.
2. Within seven (7) days of this order, the parties shall contact the Court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the process of selecting an appropriate neutral.
3. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.
4. No later than seven (7) days after completion of the VDRP session, the parties shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o).

Dated: August 13, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, robi1361.24